# Court of Appeals
# of the State of Georgia

ATLANTA, August 08, 2013

*The Court of Appeals hereby passes the following order*

**A13D0470. IN THE INTEREST OF: A. A. H. A/K/A A. A. B., A CHILD (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13JV49



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 08, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*